PROB 22
(Rev. 2/88)

**FILED**
CLERK, U.S. DISTRICT COURT
OCT 13 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_RS\_\_\_\_\_ DEPUTY

DOCKET NUMBER *(Tran. Court)*
**1:11-20209-CR-SEITZ-001**

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*
2:20-CR-00468-JAK

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **BARRY JAY MINKOW** | SOUTHERN FLORIDA | MIAMI |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Patricia A. Seitz | |
| SD/FL PACTS NO.: 107669 | DATE OF SUPERVISED RELEASE | FROM 06/06/2019 — TO 06/05/2022 |

OFFENSE: Count 1, Conspiracy to Commit Securities Fraud, 18 U.S.C. §371

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised release named above be transferred with the records of this Court to the United States District Court for the <u>CENTRAL DISTRICT OF CALIFORNIA</u> upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

September 3, 2020
*Date*

*[signature]*
United States District Judge
Patricia A. Seitz

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 7, 2020
*Effective Date*

*[signature]*
United States District Judge